UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DEREK TURNER,

        Plaintiff,         Case No. 1:09-cv-665

v.

        Honorable Paul L. Maloney

CINDI S. CURTIN et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   November 13, 2009       /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge